1  JAMES DAL BON 157942
   DAL BON & WANG
2  12 SOUTH FIRST STREET, SUITE 908
   SAN JOSE, CA 95113
3  TEL: (408) 292-104
   FAX: (408) 292-1045
4
   ATTORNEYS FOR PLAINTIFF
5

6

7                    UNITED STATES DISTRICT COURT

8            FOR DISTRICT OF NORTHERN CALIFORNIA

9  JORGE ROMERO                    | Case No. C06-07832

10                                 | **STIPULATED REQUEST FOR ORDER**
                                   | **CHANGING TIME**
11             Plaintiffs,

12     vs.                         | **CIVIL LOCAL RULE 6-2**

13  BOB EVANS FARM INC. dba MIMI'S
    CAFÉ Does One through Ten
14
15        Defendants

16

17  Pursuant to Civil Local Rule 6.2 and Civil Local Rule 7.12 Plaintiff and Defendants hereby

18  request an extension of time for the first CMC for the following reasons:

19     (1) Defendants have informed the Plaintiff that the named Defendant is incorrect and the true

20        Defendant is SWH Corporation.

21     (2) Defendant and Plaintiff believe that they can resolve this case without further court

22        intervention if given another sixty days.

23     (3) Plaintiff will amend the complaint and serve the proper defendant if the case can not be

24        resolved before the next Case Management Conference.

25

                            1
    STIPULATION TO CHANGE DEADLINES

1   (4) Plaintiff and Defendant request that the Case Management Conference be moved to July

2       2, 2007 in Courtroom 15, 18th Floor, San Francisco at 4:00 p.m.

3   Dated April 19, 2007

4

5

6

7

    James Dal Bon Attorney for the Plaintiff
8

9

10

11

12

13   Roger Teft

14   Vice President of Legal Affairs

15   Mimi's Café

16

17

18

19

20

21

22

23

24

25

                        2
    STIPULATION TO CHANGE DEADLINES

1    PROPOSED ORDER

2

3

It is ordered that the Case Management Conference scheduled for April 30, 2007 be moved to

4

July 2, 2007 at 4:00pm in Courtroom 15, 18th Floor, in San Francisco.

5

6

7

8       Dated: 4/23/2007

9

10

11      Honorable Judge M___

12

13

14

15

16

17



18

19

20

21

22

23

24

25

                                3