JAMES DAL BON (157942)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, Ca 95113
Tel: (408) 292-1045
Fax: (408) 292-1045

Attorney for Plaintiff Jorge Romero

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| JORGE ROMERO | Case No.: CV 06-07832 MHP |
|---|---|
| Plaintiff, | DISMISSAL |
| vs. | |
| BOB EVANS FARM INC., DOES 1-10 | |
| Defendants | |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiff Jorge Romero, and defendants Bob Evans Farm Inc. i, through their respective counsel, stipulate as follows:

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release on June 15, 2007

2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

3. Each party is to bear its own costs and fees.

1

**Dismissal**
ROMERO V. EVANS

Dated: June 22, 2007

DAL BON & WANG
James Dal Bon

By: /s/ JDB
Attorney for Plaintiffs

Dated: June 22, 2007

MIMI'S CAFÉ INC
ROGER TEFFT

By: /
Attorney for Defendants

---

[PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated: ~~June~~ July 3, 2007

By:

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dismissal
ROMERO V. EVANS

2